UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELM MINI MART CORP.,<br><br>Plaintiff,<br><br>-v-<br><br>UNITED STATES OF AMERICA and UNITED STATES DEPARTMENT OF AGRICULTURE, FOOD AND NUTRITION SERVICE,<br><br>Defendants. | No. 1:26-cv-1335 (SDE) |

**STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

WHEREAS Elm Mini Mart Corp. ("**Plaintiff**"), under the ownership of Ramah Dahan Almohammed, filed the complaint in the above-captioned matter on or about March 6, 2026, against the United States of America and United States Department of Agriculture, Food and Nutrition Service ("**Defendants**"; and collectively with Plaintiff, the "**Parties**"), seeking to set aside a Final Agency Decision of the United States Department of Agriculture, Food and Nutrition Service ("**FNS**") dated February 5, 2026, temporarily disqualifying Plaintiff from the Supplemental Nutrition Assistance Program ("**SNAP**"); and

WHEREAS the Parties desire to resolve all claims in this action and to memorialize the terms of their settlement:

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective counsel, as follows:

1. This action is dismissed with prejudice, and without costs, expenses, or attorneys' fees.

2. The date on which the last Party executes this Stipulation shall be referred to as the "**Effective Date**" of the Stipulation.

3. Plaintiff shall promptly execute, return to Defendants, and file with the Court the Stipulation of Dismissal with Prejudice within seven days of the Effective Date.

4. In lieu of Plaintiff's temporary six-month disqualification from SNAP, Plaintiff agrees to pay FNS a civil money penalty ("**CMP**") totaling $6,126. Plaintiff shall pay the CMP in six equal installments of $1,021, with the first installment payment due within 30 days of the Effective Date, and each subsequent installment payment due within 30 days of the due date of the immediately-prior installment payment, such that Plaintiff shall have paid the CMP in full within 180 days of the Effective Date.

5. Plaintiff shall make payments through Pay.gov. Pursuant to Step 4 of the Pay.gov instructions, the Financial Litigation Program reference number – CDCS number – must be entered in the "CDCS" field in order to credit the payment properly. Plaintiff will be provided payment information, including a CDCS number, by counsel for Defendants. Accepted payment methods through Pay.gov are bank account transfer (ACH) or debit/check card.

6. If Plaintiff fails to make any CMP installment payment referenced in Paragraph 4 above when due, after a seven-day grace period, Plaintiff shall be deemed in default of this Stipulation, and Plaintiff agrees that: (a) it will be immediately disqualified from SNAP for six months; (b) it will have waived the right to administrative and/or judicial review of such disqualification; and (c) it shall forfeit any portion of the total CMP that it had already paid.

7. Plaintiff shall make all payments as provided in this Stipulation regardless of whether it continues to operate the store during the time when any payment is due.

8. Plaintiff further agrees to comply with, and remain subject to, all applicable laws and regulations of SNAP, and to fulfill its obligations as set forth in this Stipulation.

9. The Parties agree that this Stipulation is not intended to be grounds for a reciprocal sanction of the Plaintiff from the Supplemental Nutrition Program for Women, Infants, and Children ("WIC"). However, should Plaintiff be deemed to be in default of this Stipulation, FNS may refer Plaintiff to the state authority that administers WIC and the state authority may impose a reciprocal WIC sanction.

10. This Stipulation does not vacate, but rather supersedes, FNS's Final Agency Decision dated February 5, 2026, and does not preclude Defendants from taking any administrative or civil action against Plaintiff based on future conduct as permitted by the Food and Nutrition Act of 2008, as amended, the SNAP regulations, or any other applicable laws or regulations.

11. Plaintiff agrees to waive any right to a jury trial, to the extent any right existed, on the issues arising from the Final Agency Decision or the determination to disqualify its participation in SNAP.

12. Plaintiff acknowledges that it fully understands the waivers of rights set forth in this Stipulation and knowingly and voluntarily waives those rights after a full and complete opportunity to consult an attorney regarding said waivers and their meaning.

13. The Parties acknowledge, understand, and agree that this Stipulation sets forth the entire agreement between them relating to the subject matter hereof.

14. This Stipulation shall be binding upon and inure to the benefit of the Parties and their respective legal representatives, successors, and assigns.

It is contemplated that this Stipulation may be executed in several counterparts. All such counterparts and signature pages, together, shall be deemed to be one document.

Dated: April 8, 2026

JOSEPH NOCELLA, JR.
United States Attorney for the Eastern District of New York
*Counsel for Defendants*

By: /s/ Edward K. Newman

Edward Newman
Assistant United States Attorney
Brooklyn, New York 11201
Tel: (718) 254-7000
E-mail: edward.newman@usdoj.gov

Dated: April 30, 2026

THE PRIVACY FIRM
*Counsel for Plaintiff*

By: ______________________

JOSEPH A. BAHGAT
1701 Walnut Street
Philadelphia, PA 19101-0635
Tel.: (215) 995-5001
Email: joe@privacyfirm.law

SO ORDERED:

Seth D. Eichenholtz

Seth D. Eichenholtz
United States Magistrate Judge

Dated: 5/5/2026